others, against David L. Phillips and others. H. Aaron, for appellants. A. Benedict, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

**GORMLY v. GORMLY.** (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by Alice A. Gormly against Harry H. Gormly. No opinion. Motion granted, with $10 costs, unless appellant complies with conditions stated in order. Order filed.

**GRANT v. NATIONAL RY. SPRING CO.** (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by Frank Grant against the National Railway Spring Company. On motion for leave to appeal to the Court of Appeals. Motion granted. Charles N. Bulger, for the motion. Theodore E. Hancock, opposed.

PER CURIAM. On the first trial of this case there was a verdict for plaintiff. On appeal to this court (84 App. Div. 632, 82 N. Y. Supp. 1101) one of our members was disqualified to sit, and the other four were equally divided, and therefore the case was sent to the Third Department. The judgment was there reversed, and a new trial ordered. 86 App. Div. 593, 83 N. Y. Supp. 1021. Upon a second trial the plaintiff was nonsuited, and on appeal to this court there was a unanimous affirmance (121 N. Y. Supp. 1133), following the decision of the Third Department. But, inasmuch as our court differed so widely in opinion in the case, we think there is sufficient doubt to warrant us in granting the motion to appeal to the Court of Appeals.

**GRAY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant.** (Supreme Court, Appellate Division, Second Department. March 18, 1910.) Action by Michael J. Gray against the Brooklyn Heights Railroad Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

BURR and CARR, JJ., dissent.

**GRAY v. CITY OF NEW YORK.** (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by John Gray, as administrator, against the City of New York. No opinion. Motion to dismiss appeal denied. Order filed. See, also, 122 N. Y. Supp. 118.

**GREEN, Appellant, v. TOPOL, Respondent.** (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Frank A. Green against Nathan Topol. No opinion. Judgment of the Municipal Court affirmed, with costs.

**GREENSPAN, Respondent, v. ROYAL LACE PAPER WORKS et al., Appellants.** (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Jacob B. Greenspan against the Royal Lace Paper Works and others. No opinion. Motion denied, on condition that the appellants pay $10 costs, perfect their appeal, place the same on the calendar of the next term of this court, and be ready for argument when reached; otherwise, motion granted, with costs.

**GRILL, Respondent, v. DUBROFF, Appellant.** (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by William J. Grill against Morris A. Dubroff. No opinion. Appeal dismissed, with $10 costs and disbursements, upon the ground that there is nothing in the record showing that an order denying defendant's motion to open the default has been made and entered.

**HAGADONE, Respondent, v. NORMOYLE & QUAILEY, Inc., Appellant.** (Supreme Court, Appellate Division, Second Department. March 18, 1910.) Action by Revilo O. Hagadone against Normoyle & Quailey, Incorporated. No opinion. Judgment and orders of the Municipal Court affirmed, with costs. See, also, 119 N. Y. Supp. 1127, and infra.

**HAGADONE, Respondent, v. NORMOYLE & QUAILEY, Inc., Appellant.** (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by R. O. Hagadone against the Normoyle & Quailey, Incorporated. No opinion. Motion denied, without costs. See, also, supra.

**HAMILTON, Respondent, v. THAW, Appellant.** (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by Allan McLane Hamilton against Mary C. Thaw. A. J. Rose, for appellant. D. McCurdy, for respondent. No opinion. Order reversed, without costs, and motion granted, without costs, to the extent stated in order. Order filed.

**HAMMERSTEIN v. HENNESSY.** (Supreme Court, Appellate Division, First Department. March 24, 1910.) Appeal from Special Term, New York County. Action by Oscar Hammerstein against John A. Hennessy. From an interlocutory judgment sustaining a demurrer to the complaint plaintiff appeals. Reversed. Delmas, Towne & Spellman, for appellant. Charles M. Beattie, for respondent.

PER CURIAM. The interlocutory judgment should be reversed, with costs, and the demurrer overruled, with costs, with leave to defendant to withdraw demurrer and to answer the complaint on payment of said costs, on the authority of Hammerstein v. New York Press Co. (decided by this court January 28, 1910) 121 N. Y. Supp. 16.

**HARRISON, Respondent, v. HARTFORD LIFE INS. CO., Appellant.** (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Marie L. Harrison, as executrix, etc., against the Hartford Life Insurance Company. J. V. Bouvier, Jr., for appellant. E. Shelby, for respondent. No opinion. Judgment (63 Misc. Rep. 93, 118 N. Y. Supp. 401), affirmed, with costs. Order filed.